# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN ZARATE, | Case No. 2:22-cv-01449-APG-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 16] |
| IVANA ARAMARK, et al., | |
| Defendant(s). | |

On January 14, 2023, the Court screened Plaintiff's complaint, concluding that claims could proceed against Defendants Ivana Aramark, Trinity Troy, and Warden John Doe. Docket No. 10. Pertinent to the matters now at hand, the Court ordered therein as follows:

> I further order the Clerk of the Court to issue summonses for defendants Ivana Aramark, and Trinity Troy, and deliver the same to the U.S. Marshal for service. The Clerk of the Court is also directed to send sufficient copies of the SAC (ECF No. 7) and this order to the U.S. Marshal for service on Aramark and Troy.
>
> I further order the Clerk of the Court to send Zarate three USM-285 forms. Zarate will have 30 days within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to Aramark and Troy.
>
> I further order that within 20 days after receiving from the U.S. Marshal copies of the USM-285 forms showing whether service has been accomplished, Zarate must file a notice with the Court identifying if Aramark and Troy had been served.

Docket No. 10 at 9.

It appears that the Court received the USM-285 forms for Defendants Aramark and Troy on January 25, 2023, but they were docketed[1] and were not routed to the Marshal Service. Docket

---

[1] The docket had erroneously reflected that the defendants had been served, but the docket has since been corrected. *See* Docket No. 12 (docket text).

1

No. 12.² On March 16, 2023, the Marshal Service filed a notice that service was not attempted because it had not been provided the USM-285 forms. Docket No. 14.

Given the circumstances, the Court hereby **ORDERS** as follows:

(1) the Clerk's Office is to reissue summonses for Defendants Aramark and Troy, and deliver the same to the U.S. Marshal for service;

(2) the Clerk's Office is also directed to send sufficient copies of the second amended complaint (Docket No. 7) and this order to the U.S. Marshal for service on Defendants Aramark and Troy;

(3) the Clerk's Office is directed to provide copies of the filed USM-285 forms for Defendants Aramark and Troy (Docket No. 12) to the U.S. Marshal; and

(4) within 20 days after receiving from the U.S. Marshal copies of the USM-285 forms showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying if Aramark and Troy had been served.

In light of the above, the Court **DENIES** as moot Plaintiff's motion for a status check. Docket No. 16.

IT IS SO ORDERED.

Dated: November 16, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

² The Court also received a USM-285 form for "Warden Sheriff Joe Lombardo," Docket No. 13, but the screening order had not authorized such service. If Plaintiff believes he has identified a doe defendant, he must file a motion seeking to amend the pleadings to name that defendant. This order focuses on the service on Defendants Aramark and Troy.