UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN ZARATE,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>IVANA ARAMARK, et al.,<br><br>　　　　Defendant(s). | Case No. 2:22-cv-01449-APG-NJK<br><br>**ORDER**<br><br>[Docket Nos. 23, 24, 25] |

Pending before the Court are three motions filed by Plaintiff: (1) a motion to substitute Joe Lombardo for Warden Doe, Docket No. 23; (2) a motion to issue summons and serve Joe Lombardo, Docket No. 25, and (3) a motion to serve Defendant Aramark at a new address, Docket No. 24. As stated below, all three motions are **GRANTED**.

**I.　　MOTION TO SUBSTITUTE**

On January 14, 2023, United States District Judge Andrew P. Gordon issued a screening order finding Plaintiff's amended complaint stated a colorable claim against the Warden Doe of Clark County Detention Center. *See* Docket No. 10 at 8. Plaintiff now explains that the doe defendant is former Sheriff Joe Lombardo. Docket No. 23. For good cause shown, the motion to substitute is **GRANTED** and the unidentified warden in Plaintiff's second amended complaint is hereinafter construed as referring to Joe Lombardo. The Clerk's Office is **INSTRUCTED** to update the docket such that Joe Lombardo replaces "Warden John Doe."

**II.　　MOTION FOR SERVICE ON JOE LOMBARDO**

Plaintiff seeks issuance of a summons and service by the United States Marshal Service on Joe Lombardo in light of the above. Docket No. 25. That motion is also **GRANTED**. The Clerk's Office is **INSTRUCTED** to issue summons for Joe Lombardo. The Clerk's Office is also **INSTRUCTED** to send Plaintiff four copies of the Form USM-285. Plaintiff must provide the Marshal Service with the required Form USM-285 by March 6, 2024. Within 20 days after

1

receiving from the Marshal Service a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice identifying whether Defendant Lombardo was served. If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

### III.   MOTION FOR ANOTHER SERVICE ATTEMPT ON IVANA ARAMARK

Plaintiff seeks an order that the Marshal re-attempt service on Defendant Ivana Aramark. Docket No. 24. Service was previously unsuccessful because the defendant no longer works at the address provided previously. *See* Docket No. 19 at 6 (summons returned unexecuted). Plaintiff now provides an alternative address on Las Vegas Boulevard. *See* Docket No. 24. For good cause shown, the motion is **GRANTED**. Plaintiff must provide the Marshal Service with the required Form USM-285 by March 6, 2024. Within 20 days after receiving from the Marshal Service a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice identifying whether Defendant Aramark was served. If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

### IV.   CONCLUSION

For the reasons discussed above, the Court **GRANTS** Plaintiff's (1) motion to substitute Joe Lombardo for Warden Doe, Docket No. 23; (2) motion to issue summons and serve Joe Lombardo, Docket No. 25, and (3) motion to serve Defendant Aramark at a new address, Docket No. 24. The Rule 4(m) deadline to effectuate service is hereby **RESET** for May 1, 2024.

IT IS SO ORDERED.

Dated: February 7, 2024

_____
Nancy J. Koppe
United States Magistrate Judge