# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN ZARATE,<br><br>　　　Plaintiff<br><br>v.<br><br>CHENEL PRUITT, et al.,<br><br>　　　Defendants | Case No.: 2:22-cv-01449-APG-NJK<br><br>**Order Granting Motion to Voluntarily Dismiss Defendants Aramark and Troy**<br><br>[ECF No. 40] |

　　　I ORDER that plaintiff Stephen Zarate's motion to voluntarily dismiss defendants Aramark and Troy **(ECF No. 40) is GRANTED**.

　　　DATED this 26th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE