# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN ZARATE,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>IVANA ARAMARK, et al.,<br><br>　　　Defendant(s). | Case No. 2:22-cv-01449-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 39] |

　　　Pending before the Court is Plaintiff's motion to enter an exhibit into evidence. Docket No. 39. The Court is not a depository for a party's evidence. *Cf.* Local Rule 26-7. Evidentiary exhibits must be filed only when the subject document is pertinent to a motion or other matter before the Court. Plaintiff appears to be seeking to lodge this exhibit now to be referenced at some future time for an unspecified purpose. *See* Docket No. 39. Accordingly, Plaintiff's motion to enter an exhibit into evidence is **DENIED** without prejudice.

　　　IT IS SO ORDERED.

　　　Dated: July 1, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge