# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN ZARATE, | Case No. 2:22-cv-01449-APG-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 41] |
| IVANA ARAMARK, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to proceed with his case against Joe Lombardo. Docket No. 41. It is not entirely clear what relief it is that Plaintiff is seeking. The Court has screened Plaintiff's complaint and found that it states a colorable claim against Joe Lombardo. *See* Docket No. 10; *see also* Docket No. 28 (substituting Joe Lombardo in place of Warden Doe). A summons has also been returned as executed. *See* Docket No. 35. Accordingly, Plaintiff must prosecute his case against Joe Lombardo. *See* Fed. R. Civ. P. 41(b). The motion to proceed is **DENIED** as unnecessary.

IT IS SO ORDERED.

Dated: July 1, 2024

                                                                                  _____
                                                                                  Nancy J. Koppe
                                                                                  United States Magistrate Judge

1