**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN ZARATE, | Case No.: 2:22-cv-01449-APG-NJK |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| CHENEL PRUITT, et al., | |
| Defendants | |

On June 4, 2024, the clerk of court advised plaintiff Stephen Zarate that this case would be dismissed under Local Rule 41-1 for want of prosecution if Zarate took no action by July 4, 2025. ECF No. 45.  Accounting for the July 4 holiday, Zarate's deadline was July 7. Fed. R. Civ. P. 6.  Zarate has taken no action in the case by that date.  Moreover, the clerk's notice was returned in the mail, and Zarate has not updated his address as required by Local Rule IA 3-1.

I THEREFORE ORDER that plaintiff Stephen Zarate's second amended complaint (ECF No. 7) is dismissed for failure to prosecute, and the clerk of court is instructed to close this case.

DATED this 8th day of July, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE